UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| EDWARD D. JENSEN and | ) | Case No. 09-74826 |
| JURATE K. JENSEN, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## NOTICE OF MOTION TO COMPROMISE A CONTROVERSY

James E. Stevens has filed papers with the Court to COMPROMISE A CONTROVERSY.

<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the United States Bankruptcy Court, 211 South Court Street, Rockford, IL 61101; OR,
2. Attend the hearing scheduled to be held on **JUNE 30, 2010 AT 9:30 A.M.** United States Bankruptcy Court, Federal Building, Courtroom 115, 211 South Court Street, Rockford, IL 61101.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to Attorney James E. Stevens, Barrick, Switzer, Long, Balsley & Van Evera, 6833 Stalter Drive, Rockford, IL 61108.

If you file a response, attend the hearing on the Motion, scheduled to be held on **JUNE 30, 2010 AT 9:30 A.M.**. at the United States Bankruptcy Court, Federal Building, Courtroom 115, 211 South Court Street, Rockford, IL 61101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

Dated: June 9, 2010            /s/ James E. Stevens
                               ATTORNEY JAMES E. STEVENS
                               BARRICK, SWITZER, LONG,
                                 BALSLEY & VAN EVERA
                               6833 Stalter Drive
                               Rockford, IL 61108

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS.  **PROOF OF SERVICE** |
| COUNTY OF WINNEBAGO | ) |

The undersigned, being first duly sworn on oath, deposes and says that she served the within document upon:

SEE ATTACHED SERVICE LIST

by placing a true and correct copy of said document in an envelope, each addressed as is shown above or via electronic filing.

That she sealed said envelopes and placed sufficient U.S. postage on each; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 o'clock P.M. on the 9th day of June, 2010, or filed electronically.

/s/ Nancy L. Hrynkow

SUBSCRIBED and SWORN to before

me this 9TH day of June, 2010.

/s/ Susan Coffman

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-3<br>Case 09-74826<br>Northern District of Illinois<br>Rockford<br>Wed Jun  9 08:55:25 CDT 2010 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 452 | U.S. Bankruptcy Court<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101-1219 |
| Allinace One Receivables Management Inc.<br>4850 Street Road, Ste. 300<br>Trevose, PA 19053-6643 | Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Bergners<br>Retail Services<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Capital Management Services LP<br>726 Exchange Street, Ste. 700<br>Buffalo, NY 14210-1464 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Chase<br>Attn: Home Equity Loan Servicing<br>PO Box 24714<br>Columbus, OH 43224-0714 |
| Chase<br>Cardmember Service<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi Cards<br>Box 6000<br>The Lakes, NV 89163-0001 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Elizabeth Hall<br>1663 Wind Song Lane<br>Aurora, IL 60504-5561 | Exxon Mobil<br>Credit Card Center<br>PO Box 688940<br>Des Moines, IA 50368-8940 |
| Home Depot Credit Services<br>PO Box 689100<br>Des Moines, IA 50368-9100 | Kohl's<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Mayo Medical Laboratories<br>Business Office<br>PO Box 4100<br>Rochester, MN 55903-4100 |
| Menards<br>Retail Services<br>PO Box 15521<br>Wilmington, DE 19850-5521 | Nationwide Credit, Inc.<br>3600 E. University Drive, Ste. B1350<br>Phoenix, AZ 85034-7296 | OSF St. Anthony Medical Center<br>5510 E. State Street<br>Rockford, IL 61108-2381 |
| Rockford Mercantile Agency, Inc.<br>2502 S. Alpine Road<br>Rockford, IL 61108-7813 | Sallie Mae<br>11100 USA Parkway<br>Fishers, IN 46037-9203 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Sears Credit Cards<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Wells Fargo Home Mortgage<br>PO Box 5296<br>Carol Stream, IL 60197-5296 |
| Edward D. Jensen<br>5450 Waters Bend Drive<br>Belvidere, IL 61008-8703 | Henry Repay<br>Law Offices of Henry Repay<br>930 W. Locust Street<br>Belvidere, IL 61008-4226 | James E Stevens<br>Barrick, Switzer, Long, Balsley & Van Ev<br>6833 Stalter Drive<br>Rockford, IL 61108-2579 |

Jurate K. Jensen
5450 Waters Bend Drive
Belvidere, IL 61008-8703

William Neary
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715-2635

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO Box 30943
Salt Lake City, UT 84130

US Bank
PO Box 790179
St. Louis, MO 63179

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| EDWARD D. JENSEN and | ) | Case No. 09-74826 |
| JURATE K. JENSEN, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

### NOTICE OF MOTION TO COMPROMISE A CONTROVERSY

NOW COMES the Chapter 7 Bankruptcy Trustee, JAMES E. STEVENS, and moves the Court to Compromise a Controversy, and in support thereof states as follows:

1.  The Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on the 30th day of October, 2009.

2.  JAMES E. STEVENS was appointed the Chapter 7 Bankruptcy Trustee.

3.  The Debtors First Meeting of Creditors was on December 9, 2009 and the Trustee filed a No Asset Report.

4.  That on or about March 30, 2010, the Trustee was advised by the attorney for the debtors that the debtors were going to receive an income tax refund from the Internal Revenue Service in the amount of $9,139.00 and from the State of Illinois in the amount of $1,089.00 for a total of $10,228.00.

5.  That the Trustee thereafter reopened the bankruptcy estate and filed an Asset Report.

6.  The Debtors by and through their attorney have offered to make a lump sum settlement offer of $8,000.00 in cash for the 2009 income tax refunds, which amount can be paid immediately.

7. The Trustee feels that it is in the best interest of all creditors, that the Trustee be allowed to accept this settlement offer from the Debtors as stated above under said terms.

NOW WHEREFORE, the Chapter 7 Bankruptcy Trustee prays that the Court enter an Order authorizing the Chapter 7 Trustee to accept the Debtors offer of a lump sum settlement offer of $8,000.00 in cash for 2009 income tax refunds, payment to be made immediately upon entry of an Order.

_____
JAMES E. STEVENS

BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
BY:  JAMES E. STEVENS (26)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611