UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| EDWARD D. JENSEN and | ) | Case No. 09-74826 |
| JURATE K. JENSEN, | ) | |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

**ORDER COMPROMISING A CONTROVERSY**

THIS MATTER coming on to be heard on the Trustee's Motion to Compromise a Controversy, notice having been sent to all parties in interest, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Trustee is authorized to accept the Debtors offer of a lump sum cash payment of $8,000.00 as and for the 2009 ncome tax refunds Debtors received, which payment is to be made immediately upon entry of this Order.

ENTERED:


_____
JUDGE MANUEL BARBOSA


BARRICK, SWITZER, LONG,
 BALSLEY & VAN EVERA
BY:  JAMES E. STEVENS (26)
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611