**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: JENSEN, EDWARD D.        § | Case No. 09-74826 |
|         JENSEN, JURATE K.         § | |
|                                   § | |
| Debtor(s)                         § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/23/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/10/2011          By:  /s/JAMES E. STEVENS
                                                                   Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: JENSEN, EDWARD D. | § | Case No. 09-74826 |
| JENSEN, JURATE K. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,001.15 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,001.15 |
| **Balance on hand:** | $ 8,001.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,001.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,550.12 | 0.00 | 1,550.12 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 1,248.00 | 0.00 | 1,248.00 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,058.12 |
| Remaining balance: | $ 4,943.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $   4,943.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $   4,943.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,482.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,945.49 | 0.00 | 1,115.96 |
| 2 | Chase Bank USA, N.A. | 6,819.94 | 0.00 | 695.34 |
| 3 | Chase Bank USA, N.A. | 8,657.79 | 0.00 | 882.70 |
| 4 | Chase Bank USA,N.A | 1,622.04 | 0.00 | 165.37 |
| 5 | OSF Saint Anthony Medical Center | 338.79 | 0.00 | 34.54 |
| 7 | Rockford Mercantile Agency, Inc. | 1,231.12 | 0.00 | 125.52 |
| 8 | Sallie Mae | 3,794.74 | 0.00 | 386.89 |
| 9 | Fia Card Services, NA/Bank of America | 12,713.80 | 0.00 | 1,296.23 |
| 10 | Fia Card Services, NA/Bank of America | 2,358.71 | 0.00 | 240.48 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,943.03 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Feb 25, 2011
Case: 09-74826                Form ID: pdf006             Total Noticed: 32


The following entities were noticed by first class mail on Feb 27, 2011.
db/jdb        +Edward D. Jensen,    Jurate K. Jensen,    5450 Waters Bend Drive,    Belvidere, IL 61008-8703
aty            Henry Repay,    Law Offices of Henry Repay,    930 W. Locust Street,    Belvidere, IL  61008-4226
tr            +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, IL 61108-2579
14665349      +Allinace One Receivables Management Inc.,     4850 Street Road, Ste. 300,    Trevose, PA 19053-6643
14665350       Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
14665352       Bergners,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
14665351       Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14665355       Chase,    Cardmember Service,    PO Box 15298,    Wilmington, DE 19850-5298
14665354      +Chase,    Attn:  Home Equity Loan Servicing,    PO Box 24714,    Columbus, OH 43224-0714
15737196       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15882642      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14665356       Citi Cards,    Box 6000,    The Lakes, NV 89163-6000
14665358      +Elizabeth Hall,    1663 Wind Song Lane,    Aurora, IL 60504-5561
14665359       Exxon Mobil,    Credit Card Center,    PO Box 688940,    Des Moines, IA 50368-8940
14665360       Home Depot Credit Services,    PO Box 689100,    Des Moines, IA 50368-9100
14665362      +Mayo Medical Laboratories,    Business Office,    PO Box 4100,    Rochester, MN 55903-4100
14665363       Menards,    Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
14665364       Nationwide Credit, Inc.,    3600 E. University Drive, Ste. B1350,    Phoenix, AZ 85034-7296
15896228      +OSF Saint Anthony Medical Center,    P.O. Box 5065,    Rockford, IL 61125-0065
14665365       OSF St. Anthony Medical Center,    5510 E. State Street,    Rockford, IL 61108-2381
14665366      +Rockford Mercantile Agency, Inc.,    2502 S. Alpine Road,    Rockford, IL 61108-7813
15908379      +Sallie Mae,    c/o Sallie Mae Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
14665368      +Sallie Mae,    PO Box 9500,    Wilkes Barre, PA 18773-9500
14665367      +Sallie Mae,    11100 USA Parkway,    Fishers, IN 46037-9203
14665369       Sears Credit Cards,    PO Box 6283,    Sioux Falls, SD 57117-6283
14665370     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    PO Box 790179,    St. Louis, MO 63179)
14665371      +Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296

The following entities were noticed by electronic transmission on Feb 25, 2011.
14665353      +E-mail/Text: jraichel@cms-collect.com                           Capital Management Services LP,
                726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
14665357       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:40:22      Discover Card,    PO Box 30943,
                Salt Lake City, UT 84130
15677782       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2011 01:40:11      Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16077551       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2011 01:38:33
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14665361       E-mail/PDF: cr-bankruptcy@kohls.com Feb 26 2011 01:41:57      Kohl’s,    PO Box 3043,
                Milwaukee, WI 53201-3043
15908379      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 26 2011 01:47:43      Sallie Mae,    c/o Sallie Mae Inc.,
                220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
14665367      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 26 2011 01:47:43      Sallie Mae,    11100 USA Parkway,
                Fishers, IN 46037-9203
14665368      +E-mail/PDF: pa_dc_claims@salliemae.com Feb 26 2011 01:47:43      Sallie Mae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
                Rockford, Il 61108-2579
16033590*     +Sallie Mae,    C/O SALLIE MAE, Inc.,    220 LASLEY AVE.,    WILKES BARRE, PA 18706-1496
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman             Page 2 of 2               Date Rcvd: Feb 25, 2011
Case: 09-74826                Form ID: pdf006            Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2011**　　　　　　　　　　**Signature:** *Joseph Speetjens*