# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: JENSEN, EDWARD D.  § Case No. 09-74826
      JENSEN, JURATE K.  §
  §
  §
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $487,155.63 *(without deducting any secured claims)* | Assets Exempt: $200,227.50 |
| Total Distribution to Claimants: $4,943.03 | Claims Discharged Without Payment: $70,750.44 |
| Total Expenses of Administration: $3,058.12 | |

3) Total gross receipts of $ 8,001.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,001.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

Case 09-74826    Doc 45    Filed 05/24/11    Entered 05/24/11 13:19:27    Desc Main
                    Document      Page 2 of 17

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $281,710.84 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,058.12 | 3,058.12 | 3,058.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 68,567.37 | 52,295.05 | 48,482.42 | 4,943.03 |
| **TOTAL DISBURSEMENTS** | $350,278.21 | $55,353.17 | $51,540.54 | $8,001.15 |

4) This case was originally filed under Chapter 7 on October 30, 2009. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011          By: /s/JAMES E. STEVENS
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2009 income tax refund | 1224-000 | 8,000.00 |
| Interest Income | 1270-000 | 1.15 |
| **TOTAL GROSS RECEIPTS** | | **$8,001.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 16,508.57 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 209,522.19 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 55,680.08 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$281,710.84** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,550.12 | 1,550.12 | 1,550.12 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 1,248.00 | 1,248.00 | 1,248.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,058.12 | 3,058.12 | 3,058.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,611.73 | 10,945.49 | 10,945.49 | 1,115.96 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 5,821.66 | 6,819.94 | 6,819.94 | 695.34 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 13,996.65 | 8,657.79 | 8,657.79 | 882.70 |
| 4 | Chase Bank USA, N.A | 7100-000 | 1,575.42 | 1,622.04 | 1,622.04 | 165.37 |
| 5 | OSF Saint Anthony Medical Center | 7100-000 | N/A | 338.79 | 338.79 | 34.54 |
| 6 | Sallie Mae | 7100-000 | N/A | 3,812.63 | 0.00 | 0.00 |
| 7 | Rockford Mercantile Agency, Inc. | 7100-000 | N/A | 1,231.12 | 1,231.12 | 125.52 |
| 8 | Sallie Mae | 7100-000 | 3,790.00 | 3,794.74 | 3,794.74 | 386.89 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 12,713.80 | 12,713.80 | 1,296.23 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | 2,153.01 | 2,358.71 | 2,358.71 | 240.48 |
| NOTFILED | Capital One | 7100-000 | 5,351.05 | N/A | N/A | 0.00 |
| NOTFILED | Bergners Retail Services | 7100-000 | 1,344.85 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 4,818.65 | N/A | N/A | 0.00 |
| NOTFILED | Mayo Medical Laboratories Business Office | 7100-000 | 453.67 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Credit Card Center | 7100-000 | 88.88 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | OSF St. Anthony Medical Center | 7100-000 | 648.38 | N/A | N/A | 0.00 |
| NOTFILED | Menards Retail Services | 7100-000 | 3,871.61 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,041.81 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 68,567.37 | 52,295.05 | 48,482.42 | 4,943.03 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-74826 | Trustee: | (330420) JAMES E. STEVENS |
|---|---|---|---|
| Case Name: | JENSEN, EDWARD D. | Filed (f) or Converted (c): | 10/30/09 (f) |
| | JENSEN, JURATE K. | §341(a) Meeting Date: | 12/09/09 |
| Period Ending: | 05/11/11 | Claims Bar Date: | 09/02/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5450 Waters Bend Drive, Belvidere, IL 61008 | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Acct #001110023714985 | 146.41 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Acct. #000000722222890 | 61.75 | 0.00 | DA | 0.00 | FA |
| 5 | Checking Acct. #001110011047096 | 188.37 | 0.00 | DA | 0.00 | FA |
| 6 | Checking Acct. #001110028973261 | 50.31 | 0.00 | DA | 0.00 | FA |
| 7 | Savings Acct #001110615014528 | 104.37 | 0.00 | DA | 0.00 | FA |
| 8 | Savings Acct. #000002338946896 | 79.65 | 0.00 | DA | 0.00 | FA |
| 9 | Household Goods & Furnishings | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Antiques | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Coins | 300.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wearing Apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | Jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | Canoe | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | 401K | 100,692.39 | 0.00 | DA | 0.00 | FA |
| 16 | 401K | 9,207.24 | 0.00 | DA | 0.00 | FA |
| 17 | IRA | 2,649.88 | 0.00 | DA | 0.00 | FA |
| 18 | IRA | 160.80 | 0.00 | DA | 0.00 | FA |
| 19 | IRA | 69,319.46 | 0.00 | DA | 0.00 | FA |
| 20 | Metlife Stock | 960.00 | 0.00 | DA | 0.00 | FA |
| 21 | Prudential/ComputerShare | 960.00 | 0.00 | DA | 0.00 | FA |
| 22 | Denied, Late-Filed Travel Insurance Claim | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2006 Chrysler Town and Country (61,000 miles) | 12,475.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2009 income tax refund (u) | 8,000.00 | 8,000.00 | DA | 8,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.15 | FA |
| 25 | Assets Totals (Excluding unknown values) | $487,155.63 | $8,000.00 | | $8,001.15 | $0.00 |

Printed: 05/11/2011 07:21 AM V.12.56

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 09-74826 | | Trustee: | (330420) | JAMES E. STEVENS |
|---|---|---|---|---|---|
| Case Name: | JENSEN, EDWARD D. | | Filed (f) or Converted (c): | 10/30/09 (f) | |
| | JENSEN, JURATE K. | | §341(a) Meeting Date: | 12/09/09 | |
| Period Ending: | 05/11/11 | | Claims Bar Date: | 09/02/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):    March 31, 2011         Current Projected Date Of Final Report (TFR):    February 10, 2011 (Actual)

Printed: 05/11/2011 07:21 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-74826 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | JENSEN, EDWARD D. | | Bank Name: | The Bank of New York Mellon |
| | JENSEN, JURATE K. | | Account: | 9200-******55-65 - Money Market Account |
| Taxpayer ID #: | **-***2092 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/10 | {24} | Edward and Jurate Jensen | income tax return | 1224-000 | 8,000.00 | | 8,000.00 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 8,000.36 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.48 | | 8,000.84 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.90 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,000.96 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,001.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,001.08 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 8,001.14 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 8,001.15 |
| 02/10/11 | | To Account #9200******5566 | tranfer to close money market account | 9999-000 | | 8,001.15 | 0.00 |
| | | | ACCOUNT TOTALS | | 8,001.15 | 8,001.15 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 8,001.15 | |
| | | | Subtotal | | 8,001.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,001.15 | $0.00 | |

{} Asset reference(s)         Printed: 05/11/2011 07:21 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-74826 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | JENSEN, EDWARD D. | | Bank Name: | The Bank of New York Mellon |
| | JENSEN, JURATE K. | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***2092 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/10/11 | | From Account #9200******5565 | tranfer to close money market account | 9999-000 | 8,001.15 | | 8,001.15 |
| 03/23/11 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 7,741.15 |
| 03/23/11 | 102 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $1,248.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,248.00 | 6,493.15 |
| 03/23/11 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,550.12, Trustee Compensation; Reference: | 2100-000 | | 1,550.12 | 4,943.03 |
| 03/23/11 | 104 | Discover Bank | Dividend paid 10.19% on $10,945.49; Claim# 1; Filed: $10,945.49; Reference: | 7100-000 | | 1,115.96 | 3,827.07 |
| 03/23/11 | 105 | Chase Bank USA,N.A | Dividend paid 10.19% on $1,622.04; Claim# 4; Filed: $1,622.04; Reference: | 7100-000 | | 165.37 | 3,661.70 |
| 03/23/11 | 106 | OSF Saint Anthony Medical Center | Dividend paid 10.19% on $338.79; Claim# 5; Filed: $338.79; Reference: | 7100-000 | | 34.54 | 3,627.16 |
| 03/23/11 | 107 | Rockford Mercantile Agency, Inc. | Dividend paid 10.19% on $1,231.12; Claim# 7; Filed: $1,231.12; Reference: | 7100-000 | | 125.52 | 3,501.64 |
| 03/23/11 | 108 | Sallie Mae | Dividend paid 10.19% on $3,794.74; Claim# 8; Filed: $3,794.74; Reference: | 7100-000 | | 386.89 | 3,114.75 |
| 03/23/11 | 109 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 1,578.04 | 1,536.71 |
| | | | Dividend paid 10.19%    695.34<br>on $6,819.94; Claim# 2;<br>Filed: $6,819.94 | 7100-000 | | | 1,536.71 |
| | | | Dividend paid 10.19%    882.70<br>on $8,657.79; Claim# 3;<br>Filed: $8,657.79 | 7100-000 | | | 1,536.71 |
| 03/23/11 | 110 | Fia Card Services, NA/Bank of America | Combined Check for Claims#9,10 | | | 1,536.71 | 0.00 |
| | | | Dividend paid 10.19%    1,296.23<br>on $12,713.80; Claim# 9; Filed: $12,713.80 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.19%    240.48<br>on $2,358.71; Claim# 10; Filed: $2,358.71 | 7100-000 | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 8,001.15 | 8,001.15 | $0.00 |
| Less: Bank Transfers | 8,001.15 | 0.00 | |
| Subtotal | 0.00 | 8,001.15 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $8,001.15 | |

{} Asset reference(s)    Printed: 05/11/2011 07:21 AM    V.12.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-74826 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | JENSEN, EDWARD D. | | Bank Name: | The Bank of New York Mellon |
| | JENSEN, JURATE K. | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***2092 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-******55-65 | 8,001.15 | 0.00 | 0.00 |
| Checking # 9200-******55-66 | 0.00 | 8,001.15 | 0.00 |
| | $8,001.15 | $8,001.15 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 07:21 AM    V.12.56

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

# BNY MELLON

**09-74826**
**JENSEN, EDWARD D., DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

**Statement Period**
April 1 - April 30, 2011

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92005380945566 | | $1,838.04 | $0.00 |
| **Total** | | $1,838.04 | $0.00 |

### Important Information Regarding Your Account

ON MONDAY, MAY 30TH, MEMORIAL DAY, BOTH BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED. ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE FOR ASSISTANCE MON-FRI 8AM TO 8PM ET AT (800) 634-7734, OPT 8.
TIP: TO AVOID BUWH, PLEASE SUBMIT W9 FORM SOON AFTER TIN HAS BEEN SUPPLIED.

**As of April 30, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                                         $0.00
**Grand Total:**                                   **$0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
April 1 - April 30, 2011

**09-74826**
**JENSEN, EDWARD D., DEBTOR**
**JAMES E STEVENS (0000330420)**

## CHECKING ACCOUNT SUMMARY            Account No. 92005380945566

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $1,838.04 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 2 | $(1,838.04) |
| **Ending Balance** | 2 | $0.00 |

### TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/04 | CHECK # 0000000109 | $(1,578.04) |  | $260.00 |
| 04/05 | CHECK # 0000000101 | $(260.00) |  | $0.00 |
| Totals |  | $(1,838.04) | $0.00 |  |

(* Indicates a break in the check sequence)    **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 04/05 | $260.00 | 109 * | 04/04 | $1,578.04 |  |  |  |
|  |  |  |  |  |  | **Total Checks Paid:** |  | $1,838.04 |

**As of April 30, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                $0.00
**Grand Total:**         **$0.00**

Case 09-74826    Doc 45    Filed 05/24/11    Entered 05/24/11 13:19:27    Desc Main

**Check Number: 101**     Pay Date: 04/05/2011  Amount: $260.00



**Check Number: 109**     Pay Date: 04/04/2011  Amount: $1,578.04



Check Number: 102   Pay Date: 03/25/2011   Amount: $1,248.00

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0410, Pittsburgh, PA 15262

Case 09-74826 MB
9200538945566

Debtor: JENSEN, EDWARD D.
JENSEN, JURATE K.

Payable to Order of: JAMES E. STEVENS
6833 Stalter Drive
Rockford IL 61108

Dividend paid 100.00% on $1,248.00, Attorney for Trustee Fees (Trustee Firm)
Reference: Barrick, Switzer Law Firm

***One Thousand Two Hundred Forty-Eight Dollars and 00/100

Date 03/23/2011    $ ******1,248.00

JAMES E. STEVENS, Trustee

VOID AFTER 90 DAYS

102
66-249/433

PAY TO THE ORDER OF
ALPINE BANK 07/1923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG
BAXLEY & VAN EVERA
ATTORNEYS AT LAW
7004835

Check Number: 103   Pay Date: 03/25/2011   Amount: $1,550.12

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0410, Pittsburgh, PA 15262

Case 09-74826 MB
9200538945566

Debtor: JENSEN, EDWARD D.
JENSEN, JURATE K.

Payable to Order of: JAMES E. STEVENS
6833 Stalter Drive
Rockford IL 61108

Dividend paid 100.00% on $1,550.12, Trustee Compensation, Reference

***One Thousand Five Hundred Fifty Dollars and 12/100

Date 03/23/2011    $ ******1,550.12

JAMES E. STEVENS, Trustee

VOID AFTER 90 DAYS

103
66-249/433

PAY TO THE ORDER OF
ALPINE BANK 07/1923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG
BAXLEY & VAN EVERA
ATTORNEYS AT LAW
7004835

Page 3 of 7

**Check Number: 104**    **Pay Date: 03/30/2011  Amount: $1,115.96**



**Check Number: 105**    **Pay Date: 03/30/2011  Amount: $165.37**

**Check Number: 106**     **Pay Date: 03/29/2011  Amount: $34.54**

```
THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS           106
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                    80-249/433
                                            TID #0330420
Case          Debtor                        JAMES E. STEVENS
09-74826 MB   JENSEN, EDWARD D.             6833 STALTER
92005380945566 JENSEN, JURATE K.            ROCKFORD IL 61108
Dividend paid 10.19% on $338.79; Claim# 5; Filed: $338.79; Reference:

                                            Date   03/23/2011      $ **********34.54

   ---Thirty-Four Dollars and 54/100

Pay to the
Order of  OSF Saint Anthony Medical Center
          P.O. Box 5065
          Rockford IL 61108
                                                       JAMES E. STEVENS, Trustee

     ⑴⑴⑴⑴⑴106⑴⑴ ⑴:043302493⑴:92005380945566⑴
```

**Check Number: 107**     **Pay Date: 03/29/2011  Amount: $125.52**

```
THE BANK OF NEW YORK MELLON                    VOID AFTER 90 DAYS           107
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262                    80-249/433
                                            TID #0330420
Case          Debtor                        JAMES E. STEVENS
09-74826 MB   JENSEN, EDWARD D.             6833 STALTER
92005380945566 JENSEN, JURATE K.            ROCKFORD IL 61108
Dividend paid 10.19% on $1,231.12; Claim# 7; Filed: $1,231.12; Reference:

                                            Date   03/23/2011      $ **********125.52

   ---One Hundred Twenty-Five Dollars and 52/100

Pay to the
Order of  Rockford Mercantile Agency, Inc.
          2502 S. Alpine Road
          Rockford IL 61108     HH1567 50⁴⁶
     RR5269 32⁸⁵ AE8639 42²¹
                                                       JAMES E. STEVENS, Trustee

     ⑴⑴⑴⑴⑴107⑴⑴ ⑴:043302493⑴:92005380945566⑴
```

>075900575<Associated Bank <20110328> <002530701015>

**Check Number: 108        Pay Date: 03/30/2011  Amount: $386.89**



**Check Number: 110        Pay Date: 03/30/2011  Amount: $1,536.71**